**E-FILED on** __11/19/09__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE MELCHER MOSHUP TRAIL BANKRUPTCY APPEALS | No. C-09-03516 RMW<br><br>ORDER DENYING MOTION TO AMEND THE DESIGNATION OF THE RECORD ON APPEAL<br>**[Re Docket No. 4 in C-09-03610 RMW]** |

On September 8, 2009, appellant Jacqueline C. Melcher ("Melcher") moved to amend the designation of the record on appeal. Appellee John W. Richardson ("Richardson") filed an opposition noting that Melcher has not identified how she would amend the designation. Due to Melcher's failure to indicate how she seeks to amend the designation, the court denies the motion with leave to amend.

DATED:     11/19/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO AMEND THE DESIGNATION OF THE RECORD ON APPEAL—No. C-09-03516 RMW
CCL

1  **Notice of this document has been sent to:**

2  **Appellant:**

3  Jacqueline C. Melcher
   P.O. Box 222798
4  Carmel, CA 93922

5  **Counsel for Appellee:**

6  Charles Patrick Maher               cmaher@luce.com

7  **Counsel for Trustee:**

8  Nanette Dumas                       Nanette.Dumas@USDOJ.gov

9  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 11/19/09                                  CCL
                                          **Chambers of Judge Whyte**

ORDER DENYING MOTION TO AMEND THE DESIGNATION OF THE RECORD ON APPEAL—No. C-09-03516 RMW
CCL                                              2