E-FILED on     2/8/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE MELCHER MOSHUP TRAIL BANKRUPTCY APPEALS | No. C-09-03516 RMW<br><br>ORDER TO SHOW CAUSE |

The instant bankruptcy appeal was transferred to this court on July 31, 2009. On November 19, 2009, the court denied appellant Jacqueline C. Melcher's motion to amend the designation of the record on appeal due to her failure to indicate how she seeks to amend the designation. The motion was denied with leave to amend. No action has been taken on the matter since. The court therefore orders appellant to appear at 9:00 a.m. on March 12, 2010 and show cause why the case should not be dismissed for lack of prosecution. Absent a showing of good cause, the appeal will be dismissed.

DATED:     2/8/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-09-03516 RMW
CCL

**United States District Court**
For the Northern District of California

**Notice of this document has been sent to:**

**Appellant:**

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

**Counsel for Appellee:**

Charles Patrick Maher          cmaher@luce.com

**Counsel for Trustee:**

Nanette Dumas          Nanette.Dumas@USDOJ.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   2/8/10                                              CCL
                                                         **Chambers of Judge Whyte**