E-FILED on    3/12/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re JACQUELINE MELCHER MOSHUP TRAIL BANKRUPTCY APPEALS | No. C-09-03516 RMW<br>No. C-09-03610 RMW<br><br>ORDER DISMISSING APPEAL |
|---|---|

    The instant bankruptcy appeal was transferred to this court on July 31, 2009. On November 19, 2009, the court denied appellant Jacqueline C. Melcher's motion to amend the designation of the record on appeal due to her failure to indicate how she sought to amend the designation. The motion was denied with leave to amend. Since the denial, appellant has not indicated how she would like to amend, nor has she taken any action whatsoever to pursue the appeal. On February 8, 2010, the court issued an order to show cause why the case should not be dismissed for lack of prosecution. Appellant explained at the hearing that she has been busy with other litigation and further proceedings in the subject bankruptcy, and she has found an attorney with whom she can consult about her appeals. Her explanation is not sufficient to excuse months of doing nothing to pursue her appeal. The court finds that appellant has failed to show good cause for failure to diligently prosecute and therefore dismisses the appeal.

DATED:     3/12/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING APPEAL—No. C-09-03516 RMWNo. C-09-03610 RMW
CCL

**Notice of this document has been sent to:**

**Appellant:**

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

**Counsel for Appellee:**

Charles Patrick Maher          cmaher@luce.com

**Counsel for Trustee:**

Nanette Dumas                  Nanette.Dumas@USDOJ.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    3/12/10                                    CCL
                                            **Chambers of Judge Whyte**